IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.: 4:25-cv-145 |

**O R D E R**

On October 3, 2025, the parties advised the Court that they have reached an agreement to settle this matter and that, "[o]nce the settlement has been consummated the parties intend to file a stipulation of dismissal with the Court." (See doc. 15.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45)**

**days**, the Court will *sua sponte* dismiss the case with prejudice.  <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381–82 (1994).

    **SO ORDERED**, this 6th day of October, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA